## MOTION AND PROCEDURAL RULINGS

**2012–1484.  In re Fuel Adjustment Clauses for Columbus S. Power Co.**

Public Utilities Commission, Nos. 09–872–EL–FAC and 09–873–EL–FAC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the joint motion of appellee/cross-appellant and appellee/cross-appellee for a variation of time for oral argument scheduled for Wednesday, March 12, 2014, it is ordered by the court that the motion is granted. Accordingly, appellant/cross-appellee shall argue first and be allotted 15 minutes and may reserve time for the first rebuttal, appellee/cross-appellant shall argue second and be allotted 15 minutes and may reserve time for the second rebuttal, and appellee/cross-appellee shall argue third and be allotted 15 minutes.

**2013–1791.  Simon v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2013–1129. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand this case to the Board of Tax Appeals to implement the settlement, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

It is further ordered that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution and that a copy of this entry be certified to the Board of Tax Appeals.

**2014–0251.  Ibrahim v. Ibrahim.**

Franklin App. No. 13AP–681, 2013-Ohio-5401. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's emergency motion for stay, it is ordered by the court that the motion is denied.

KENNEDY and O'NEILL, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**2013–2016.  State ex rel. Martin v. Winkler.**

Hamilton App. Nos. C–130697 and C–130678. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. The records of this court indicate that appellant has not filed a merit brief, due February 24, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

**2014–0132.  SP Investors, Ltd. v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 13AP–211. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS
### March 7, 2014

[Cite as *03/07/2014 Case Announcements*, 2014-Ohio-847.]

## MOTION AND PROCEDURAL RULINGS

**2014–0276.  State v. C.K.**

Cuyahoga App. No. 99886, 2013-Ohio-5135. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion to file the case under seal, it is ordered by the court that the motion is granted.